IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY R. SCARBOROUGH                                                                    PLAINTIFF

V.                                  NO.  3:05CV00219 JMM/JWC

LARRY MILLS, et al                                                                         DEFENDANTS

## ORDER

Plaintiff has submitted a change of address, indicating that she is no longer incarcerated (docket entry #37).

When a plaintiff proceeding in forma pauperis is released from confinement, the Court's policy is to require resubmission of affidavits to determine whether the plaintiff should be required to pay all, or a portion of, the remaining fees and costs of the lawsuit. Therefore, if Plaintiff wishes to proceed with this lawsuit, she is directed to resubmit her request to proceed in forma pauperis on the enclosed form on or before August 11, 2006.

Plaintiff is reminded of her responsibility to comply with Rule 5.5(c)(2) of the Rules of the United States District Court for the Eastern District of Arkansas, which provides in relevant part that, if any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Plaintiff's failure to respond timely to this order will result in a recommendation that her case be dismissed for failure to prosecute and for failure to respond to the Court's order.  Moreover, such

dismissal will count as a strike pursuant to 28 U.S.C. § 1915(g).[1]

    IT IS SO ORDERED this 11th day of July, 2006.

                                                  _____
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Section 1915(g) provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under [the in forma pauperis statutes] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.