IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TAMMY R. SCARBOROUGH                                                                               PLAINTIFF

V.                                           NO.  3:05CV00219 JMM

LARRY MILLS, et al                                                                                DEFENDANTS

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint without prejudice.

IT IS SO ORDERED this  23   day of  August , 2006.


                                                                              _____
                                                                              UNITED STATES DISTRICT JUDGE